UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CYNTHIA A. PARMELEE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>SANTANDER CONSUMER USA HOLDINGS INC., THOMAS G. DUNDON, ISMAIL DAWOOD, JASON KULAS, and JENNIFER DAVIS,<br><br>    Defendants. | Case No. 3:16-CV-00783-K |

## ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court, the Private Securities Litigation Reform Act of 1995, the Civil Justice Expense and Delay Reduction Plan for the Northern District of Texas, and the Parties' Joint Motion Regarding the Schedule for the Consolidated Complaint and Defendants' Response Thereto, filed on June 27, 2016 (the "Motion"), the Court hereby GRANTS the Motion and ORDERS as follows:

1. Lead Plaintiffs shall file a consolidated amended complaint (the "Complaint") on or before August 22, 2016.

2. Defendants shall answer, move against, or otherwise respond to the Complaint on or before October 21, 2016.

3. In the event Defendants move to dismiss the Complaint, Lead Plaintiffs shall file their opposition to such motion on or before December 5, 2016.

4.     In the event Defendants move to dismiss the Complaint, Defendants shall file their reply in further support of such motion on or before January 19, 2017.

5.     The Court will issue another Order for a Report Regarding Contents of Scheduling Order to address the remaining deadlines to be set in this case, after there is a ruling, if any, regarding any potential motions that may be filed.

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

SO ORDERED.

SIGNED July 5, 2016.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE