# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| CYNTHIA A. PARMELEE, Individually and on Behalf of All Others Similarly Situated,<br><br>     *Plaintiff*,<br><br>v.<br><br>SANTANDER CONSUMER USA HOLDINGS INC., THOMAS G. DUNDON, JASON KULAS, and JENNIFER DAVIS,<br><br>     *Defendants*. | **C.A. No. 3:16-cv-00783-K** |

**DECLARATION OF ROBERT CORMIO**
**REGARDING (A) MAILING OF POSTCARD NOTICE OF (I) CLASS ACTION AND**
**PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III)**
**MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF**
**LITIGATION EXPENSES; (B) PUBLICATION OF SUMMARY NOTICE OF (I) CLASS**
**ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING;**
**AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND**
**REIMBURSEMENT OF LITIGATION EXPENSES; AND (C) REPORT ON REQUESTS**
**FOR EXCLUSION AND OBJECTIONS RECEIVED**

I, ROBERT CORMIO, declare as follows:

1.      I am a Senior Director of Securities Class Actions at JND Legal Administration

("JND").  Pursuant to paragraph 7 of the Court's Order Preliminarily Approving Settlement and

Providing for Notice filed September 11, 2018, ECF No. 65 (the "Preliminary Approval Order"),

JND was appointed to act as the Claims Administrator in connection with the proposed settlement

of the above-captioned action.[1]  I submit this Declaration in order to provide the Court and the

parties to the above-captioned litigation with information regarding the mailing of the Postcard

Notice of (I) Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III)

---

[1] All terms with initial capitalization not otherwise defined herein shall have the meanings ascribed in the Stipulation and Agreement of Settlement, dated July 16, 2018 (the "Stipulation"), and Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order") dated September 11, 2018.

Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Postcard Notice"), the publication of the Summary Notice of (I) Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Summary Notice"), as well as other status updates to the settlement administration process. The following statements are based on my personal knowledge and information provided to me by other experienced JND employees, and, if called as a witness I could and would testify competently thereto.

## MAILING OF THE POSTCARD NOTICE

2.      Pursuant to Paragraph 7 of the Preliminary Approval Order, JND was responsible for disseminating the Postcard Notice to potential members of the Settlement Class. A sample of the Postcard Notice is attached hereto as Exhibit A.

3.      On October 10, 2018 JND mailed a copy of the Postcard Notice to the names and addresses of persons who purchased or otherwise acquired common stock of Santander Consumer USA Holdings Inc. during the period between February 3, 2015 and March 15, 2016 (the "Settlement Class Period").  The names and addresses for mailing were prepared from listings provided to JND by Defendants' counsel.  The lists contained a total of 27 unique names.  Prior to JND mailing out the 27 copies of the Postcard Notice, JND verified the mailing records through the National Change of Address ("NCOA") database to ensure the most current address was being used.  As a result, 11 addresses were updated with new addresses and on October 10, 2018, a total of 27 Postcard Notices were disseminated.

4.      JND also researched filings with the U.S. Securities and Exchange Commission (SEC) on Form 13-F to identify additional institutions or entities who may have held Santander

common stock during the Settlement Class Period. As a result, an additional 325 address records were added to the list of potential Settlement Class Members.

5.      As in most Securities Class Actions, a large majority of potential Class Members are beneficial purchasers whose securities are held in "street name," i.e., the securities are purchased by brokerage firms, banks, institutions or other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  JND maintains a proprietary database with the names and addresses of the most common banks and brokerage firms, nominees and known third party filers.  At the time of the initial mailing, the Broker Database contained 4,005 mailing addresses to which JND caused Postcard Notice to be mailed.  JND also posted the Notice for brokers and nominees on the DTC Lens service. This service is made available to all brokers/nominees who use the DTC.  The DTC Lens is a place for legal notices to be posted pertaining to publicly traded companies.  JND provided DTC Lens with the Notice on October 9, 2018 for posting on October 10, 2018.

6.      In total, 4,357 Postcard Notices were mailed via First-Class mail to potential Class Members/Nominees on October 10, 2018.

7.      The Notice, a copy of which is attached hereto as Exhibit B, requested all persons who purchased or otherwise acquired shares of Santander common stock during the Settlement Class Period as a nominee for a beneficial owner to either (a) within (7) calendar days after receipt of the Postcard Notice, request from the Claims Administrator sufficient copies of the Postcard Notices to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices, forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of the Postcard Notice, provide a list of the names and addresses of all such beneficial owners.

8.      Following the initial mailing, JND has received an additional 6,644 unique names and addresses to potential Settlement Class Members from individuals or nominees requesting Postcard Notices to be mailed to such persons or entities. JND has also received requests from brokers and other nominee holders for 11,315 Postcard Notices to be forwarded by the nominees to their customers. All requests have been, and will continue to be, complied with and addressed in a timely manner.

9.      On November 13, 2018, JND caused reminder postcards to be mailed by first-class mail, postage prepaid, to all the entities in the Broker Database who had not responded to the initial mailing. The postcard advised them of their obligation to notice their clients who were holding Santander's common stock during the Settlement Class Period.  JND caused a total of 3,927 reminder postcards to be mailed.

10.      In a further attempt to garner broker responses, JND reached out via telephone to usual responders from the broker/nominee and third-party community.

11.      As a result of the efforts described above, as of November 30, 2018 including the initial mailing (see paragraph 6 above), JND has mailed a total of 22,316 Postcard Notices to potential Settlement Class Members, brokers and nominee holders.

## PUBLICATION OF THE SUMMARY NOTICE

12.      Pursuant to Paragraph 7(d) of the Preliminary Approval Order, JND is also responsible for publishing the Summary Notice.  Accordingly, JND caused the Summary Notice, a copy of which is attached here as Exhibit C, to be published once in Investor's Business Daily on October 22, 2018 and to be transmitted once over the *PrNewswire* on October 24, 2018. Attached hereto as Exhibit D is the confirmation of the Investor Business Daily and PRNewswire publications.

## ESTABLISHMENT OF CLAIMS CALL CENTER

13.     Beginning on or about October 10, 2018, JND established and continues to maintain a toll-free telephone number (1-833-288-5303) for Settlement Class Members to call and obtain information about the Settlement, request a Notice and Claim Form. As of November 30, 2018, JND receive a total of 99 calls to the telephone hotline. JND has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## ESTABLISHMENT OF THE SETTLEMENT WEBSITE

14.     To further assist potential Settlement Class Members, JND, in coordination with Class Counsel, designed, implemented and currently maintains a website, www.SantanderSecuritiesLitigation.com dedicated to the Settlement (the "Settlement Website"). The Settlement Website became operational on October 9, 2018 and is accessible 24 hours a day, 7 days a week. Among other things, the Settlement Website includes general information regarding the Settlement, lists the exclusion, objection, and claim filing deadlines, as well as the date and time of the Court's Final Approval Hearing. JND also posted copies of the Stipulation of Settlement, Preliminary Approval Order, Claim Form, and Notice.  The website will continue to be updated with relevant case updates and court documents. The website also allows claimants to submit their Claim at the site instead of sending one in via U.S. Mail. Potential claimants can enter all of their claim information via the web, complete the Claim Form and upload all pertinent documentation to their submission. As of November 30, 2018, the Settlement Website has received 923 unique hits.

## REPORT ON EXCLUSION REQUESTS AND OBJECTIONS RECEIVED TO DATE

15.     The Notice informs potential Settlement Class Members that requests for exclusion from the Class are to be addressed to *Parmelee v. Santander Consumer USA Holdings Inc., et al.,*

EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91347, Seattle, WA 98111 such that they are received no later than December 19, 2018.  As of November 30, 2018, JND has not received any request for exclusion.

16.     As of November 30, 2018, JND has not received any objections. The deadline to submit objections is December 19, 2018.

17.     JND will submit a supplemental declaration addressing any requests for exclusion or objections received after the December 19, 2018 exclusion and objection deadline has passed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 5, 2018.

_____
Robert Cormio

# EXHIBIT A

*Parmelee v. Santander Consumer USA Holdings Inc., et al*     [Postage Prepaid]
c/o JND Legal Administration
P.O. Box 91347
Seattle, WA 98111

Case 3:16-cv-00783-K   Document 68-1   Filed 12/05/18   Page 9 of 41   PageID 13

*Important Notice about a Securities Class Action Settlement.*

*You may be entitled to a CASH payment.  This Notice may affect your legal rights.*
*Please read it carefully.*

Name
Address
City State Zip

*Parmelee v. Santander Consumer USA Holdings Inc., et al.*, Case No. 3:16-cv-00783-K (N.D. Tex.)

Case 3:16-cv-00783-K   Document 68-1   Filed 12/05/18   Page 10 of 41   PageID 13

*THIS POSTCARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.SANTANDERSECURITIESLITIGATION.COM FOR MORE INFORMATION.*

There has been a proposed Settlement of claims against Santander Consumer USA Holdings Inc. ("Santander") and certain executives and directors of Santander ("Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants, in violation of the federal securities laws, made accounting errors that resulted in the material overstatement of Santander's net income, necessitating a restatement of Santander's financial results. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased Santander common stock between February 3, 2015 and March 15, 2016, inclusive.

Defendants have agreed to pay a settlement amount of $9,500,000. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the release by Settlement Class Members of these and related claims. The Stipulation of Settlement and detailed Notice, available at www.SantanderSecuritiesLitigation.com, describe all of the details of the proposed Settlement. Your share of the fund will depend on the number of valid Claims that Settlement Class Members submit, and the number, size and timing of your transactions in Santander common stock. Generally, the more common stock you held, the more money you will receive. If every eligible Settlement Class Member submits a valid Claim Form, the average claim will be $0.114 per share before expenses and other Court-ordered deductions. The number of claimants who send in claims varies widely from case to case. If less than 100% of the Settlement Class Members submit a Claim Form, you could get more money. This is further explained in the detailed Notice found on the website.

**To qualify for payment, you must submit a Claim Form postmarked no later than February 7, 2019**. A copy of the Claim Form can be found on the website or upon request to the Claims Administrator (call toll-free 1-833-288-5303). If you do not want to be legally bound by the Settlement, you must exclude yourself by **December 19, 2018**, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by **December 19, 2018**. The detailed Notice, available on the website, explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a hearing in this case on **January 9, 2019** to consider whether to approve the Settlement and a request by the lawyers representing all Settlement Class Members for up to $33^{1}/_{3}$% percent in attorneys' fees, plus actual expenses, for litigating the case and negotiating the Settlement (which equals a cost of $0.040 per affected share). You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free 833-288-5303 or visit the website.

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| CYNTHIA A. PARMELEE, Individually and on Behalf of All Others Similarly Situated, | |
| *Plaintiff*, | C.A. No. 3:16-cv-00783-K |
| v. | Honorable Ed Kinkeade |
| SANTANDER CONSUMER USA HOLDINGS INC., THOMAS G. DUNDON, JASON KULAS, and JENNIFER DAVIS, | |
| *Defendants*. | |

**NOTICE OF (I) CLASS ACTION AND PROPOSED SETTLEMENT;**
**(II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:**  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Northern District of Texas (the "Court"), if, during the period between February 3, 2015 and March 15, 2016, inclusive (the "Settlement Class Period"), you purchased or otherwise acquired any common stock of Santander Consumer USA Holdings Inc. ("Santander") and were damaged thereby.[1]

**NOTICE OF SETTLEMENT:**   Please also be advised that the Court-appointed Lead Plaintiffs, Cynthia A. Parmelee and Kelly Baxley ("Lead Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 23 below), have reached a proposed settlement of the Action for $9,500,000 in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Santander, any other Defendants in the Action, or their counsel.  All questions should be directed to Co-Lead Counsel or the Claims Administrator (*see* ¶ 80 below).**

  1.    **Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other

---

[1]  All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated July 16, 2018 (the "Stipulation"), which is available at www.SantanderSecuritiesLitigation.com.

things, that defendants Santander Consumer USA Holdings Inc. ("Santander"), Thomas G. Dundon ("Dundon"), Jason Kulas ("Kulas"), Ismail Dawood ("Dawood"), and Jennifer Davis ("Davis") (collectively, the "Defendants")[2] violated the federal securities laws by making materially false and misleading statements regarding Santander's published financial statements that caused Settlement Class Members to suffer damages. A more detailed description of the Action is set forth in paragraphs 11-22 below.  The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 23 below.

2.     **Statement of the Settlement Class's Recovery:**   Subject to Court approval, Lead Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $9,500,000 in cash (the "Settlement Amount") to be deposited into an escrow account.  The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.   The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 13-18 below.

3.     **Estimate of Average Amount of Recovery Per Share or Note:** Based on Lead Plaintiffs' damages expert's estimates of the number of shares of Santander common stock purchased during the Settlement Class Period that may have been affected by the conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per share is $0.114.  Settlement Class Members should note, however, that the foregoing average recovery per share or note is only an estimate.  Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, when and at what prices they purchased/acquired or sold their shares of Santander common stock, and the total number of valid Claim Forms submitted.  Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 13-18 below) or such other plan of allocation as may be ordered by the Court.

4.     **Average Amount of Damages Per Share or Note:**  The Parties do not agree on the average amount of damages per share or note that would be recoverable if Lead Plaintiffs were to prevail in the Action.  Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5.     **Attorneys' Fees and Expenses Sought:**  Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis since its inception in 2016, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action.  Court-appointed Co-Lead Counsel, Glancy Prongay & Murray LLP and The Rosen Law Firm P.A., will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed $33^{1}/_{3}\%$ of the Settlement Fund.  In addition, Co-Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred

---

[2]   Defendants Dundon, Kulas, Dawood, and Davis are collectively referred to herein as the "Individual Defendants."

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

2

in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $140,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class. Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. Estimates of the average cost per affected share of Santander common stock, if the Court approves Co-Lead Counsel's fee and expense application, is $0.040 per share.

6. **Identification of Attorneys' Representatives:** Lead Plaintiffs and the Settlement Class are represented by Jason L. Krajcer, Esq. of Glancy Prongay & Murray LLP, 1925 Century Park East, Los Angeles, CA 90067, (888) 773-9224, and Jacob Goldberg, Esq. of The Rosen Law Firm, P.A., 101 Greenwood Avenue, Suite 440, Jenkintown, Pennsylvania 19046, (215) 600-2817.

7. **Reasons for the Settlement:** Lead Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED NO LATER THAN FEBRUARY 7, 2019.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 32 below) that you have against Defendants and the other Defendants' Releasees (defined in ¶ 33 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 19, 2018.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendants' Releasees concerning the Released Plaintiffs' Claims. |

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

3

| | |
|---|---|
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 19, 2018.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them.  You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON JANUARY 9, 2019 AT 1:30 P.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN DECEMBER 19, 2018.** | Filing a written objection and notice of intention to appear by December 19, 2018 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses.  If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund.  You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

## WHAT THIS NOTICE CONTAINS

Why Did I Get The Postcard Notice? ...................................................................................Page 5

What Is This Case About?  ...............................................................................................Page 5

How Do I Know If I Am Affected By The Settlement?
Who Is Included In The Settlement Class? .........................................................................Page 7

What Are Lead Plaintiffs' Reasons For The Settlement? .......................................................Page 8

What Might Happen If There Were No Settlement ..............................................................Page 8

How Are Settlement Class Members Affected By The Action And The Settlement? ..........Page 9

How Do I Participate In The Settlement?
What Do I Need To Do? ...................................................................................................Page 11

How Much Will My Payment Be?......................................................................................Page 11

What Payment Are The Attorneys For The Settlement Class Seeking?
How Will The Lawyers Be Paid?  ......................................................................................Page 18

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

4

What If I Do Not Want To Be A Member Of The Settlement Class?
How Do I Exclude Myself? ............................................................................................. Page 18

When And Where Will the Court Decide Whether To Approve the Settlement?
Do I Have To Come To The Hearing?
May I Speak At The Hearing If I Don't Like The Settlement? ......................................... Page 19

What If I Bought Shares On Someone Else's Behalf? ..................................................... Page 20

Can I See The Court File? Whom Should I Contact If I Have Questions? ....................... Page 21

## WHY DID I GET THE POSTCARD NOTICE?

8.     The Court directed that the Postcard Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Santander common stock during the Settlement Class Period.  The Court also directed that this Notice be posted online at www.SantanderSecuritiesLitigation.com and mailed to you upon request to the Claims Administrator.  The Court has directed us to disseminate these notices because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the claims administrator selected by Lead Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.     The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so.  It is also to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Co-Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing").  *See* paragraph 71 below for details about the Settlement Hearing, including the date and location of the hearing.

10.     The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11.     Beginning on March 18, 2016, two class action complaints were filed in the United States District Court for the Northern District of Texas (the "Court"), which by Order dated May 25, 2016, were consolidated under the caption *Parmelee v. Santander Consumer USA Holdings Inc., et al.*, Case No. 3:16-cv-00783-K.

12.     By Order dated June 21, 2016, the Court appointed Cynthia A. Parmelee and Kelly Baxley as Lead Plaintiffs for the consolidated Action, and approved Lead Plaintiffs' selection of Glancy Prongay & Murray LLP and The Rosen Law Firm P.A. as Co-Lead Counsel  and The Briscoe Law Firm, PLLC and Gresham PC as Co-Liaison Counsel for the proposed plaintiff class.

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

5

13.    On December 20, 2016, Lead Plaintiffs filed and served their Amended Class Action Complaint (the "Complaint") – the operative complaint in this Action – asserting claims against all Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a) of the Exchange Act. Among other things, the Complaint alleged that, in violation of generally accepted accounting principles and Santander's own accounting policies, Defendants incorrectly identified loans held by Santander that should have been classified as troubled debt restructurings ("TDRs"), and incorrectly estimated the impairment rate on those TDRs. The Complaint alleged that, as a result of these accounting violations, Santander materially overstated its net income, requiring Santander to restate its financial results for fiscal year 2014, fiscal year 2015, and each of the quarters within those years. The Complaint further alleged that the prices of Santander's publicly-traded securities were artificially inflated as a result of Santander's overstated financial results, and declined when the truth was revealed.

14.    On March 14, 2017, Defendants filed and served a motion to dismiss the Complaint. On April 25, 2017, Lead Plaintiffs filed and served their papers in opposition to the motion to dismiss and, on June 9, 2017, Defendants filed and served their reply papers. On January 3, 2018, the Court entered an Order granting in part, and denying in part, Defendants' motion to dismiss.

15.    On January 17, 2018, Defendants filed and served an answer to the Complaint.

16.    On January 31, 2018, Defendants filed and served a motion seeking reconsideration of the Court's Order granting in part, and denying in part, Defendants' motion to dismiss or, alternatively, certification for appellate review of such order pursuant to 28 U.S.C. § 1292(b). On February 21, 2018, Lead Plaintiffs filed and served their papers in opposition to the motion for reconsideration and, on March 7, 2018, Defendants filed and served their reply papers.

17.    While Lead Plaintiffs and Defendants (together, the "Parties") believe in the merits of their respective positions, they also recognized the risks of continued litigation, as well as the benefits that would accrue if they could reach an agreement to resolve the Action. Thus, while the motion for reconsideration was pending, the Parties agreed to attempt private mediation of the Action. On March 8, 2018, the Parties participated in a full-day mediation session before experienced third-party mediator Robert A. Meyer, Esq. In advance of the mediation session, the Parties exchanged detailed mediation statements to Mr. Meyer, which addressed the issues of both liability and damages. The session ended with an agreement in principle to settle the Action being reached, which was later memorialized in a term sheet executed on April 17, 2018 (the "Term Sheet").

18.    The Term Sheet set forth, among other things, the Parties' agreement to settle and release all claims asserted against Defendants in the Action in return for a cash payment by or on behalf of Defendants of $9,500,000 for the benefit of the Settlement Class.

19.    While Lead Plaintiffs had conducted an intensive investigation into the claims asserted based on publicly available information, they had not yet had access to Defendants' documents. Therefore, a condition of the agreement in principle to settle the Action was Santander's agreement to provide documents that would allow Lead Plaintiffs and Co-Lead Counsel to confirm the propriety of the decision to settle on the agreed-to terms. Review of the documents produced by Santander has confirmed Lead Plaintiffs' and Co-Lead Counsel's belief that the Settlement is fair, reasonable and adequate.

20.    Based on the investigation and mediation of the case and Lead Plaintiffs' direct oversight of the prosecution of this matter and with the advice of their counsel, both of the Lead Plaintiffs

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

6

have agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things, (a) the substantial financial benefit that Lead Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; (b) the significant risks and costs of continued litigation and trial; (c) the desirability of permitting the Settlement to be consummated as provided by the terms of this Stipulation; and (d) Co-Lead Counsel's experience in the prosecution of similar actions.

21.    Defendants are entering into the Stipulation to eliminate the uncertainty, burden and expense of further protracted litigation.  Each of the Defendants expressly deny that Lead Plaintiffs have asserted any valid claims as to any of them, and expressly deny any and all allegations of fault, liability, wrongdoing or damages whatsoever.  Defendants also have denied and continue to deny, *inter alia*, that Defendants engaged in any conduct that violated the federal securities laws, that Lead Plaintiffs and the Settlement Class have suffered damages, that the price of Santander common stock was artificially inflated by reasons of alleged misrepresentations, non-disclosures, or otherwise, and that Lead Plaintiffs and the Settlement Class were harmed by the conduct alleged in the Complaint. The Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants, or any other of the Defendants' Releasees (defined in ¶ 33 below), with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted.  Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any Lead Plaintiff of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

22.    On September 11, 2018, the Court preliminarily approved the Settlement, authorized the Postcard Notice to be mailed to potential Settlement Class Members and this Notice to be posted online and mailed to potential Settlement Class Members upon request, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

---

**HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?**
**WHO IS INCLUDED IN THE SETTLEMENT CLASS?**

---

23.    If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded.  The Settlement Class consists of:

> all persons and entities who or which purchased Santander common stock between February 3, 2015 and March 15, 2016, inclusive (the "Settlement Class Period"), and were damaged thereby.

Excluded from the Settlement Class are Defendants, the officers and directors of Santander, at all relevant times, members of their Immediate Families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.  Also excluded from the Settlement Class are any persons or entities who or which exclude themselves by submitting a request for exclusion that is accepted by the Court.  See "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself," on page 18 below.

**PLEASE NOTE:  RECEIPT OF THE POSTCARD NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.  IF YOU ARE A SETTLEMENT CLASS MEMBER AND YOU WISH TO BE ELIGIBLE TO PARTICIPATE IN THE**

---

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

7

**DISTRIBUTION OF PROCEEDS FROM THE SETTLEMENT, YOU ARE REQUIRED TO SUBMIT THE CLAIM FORM THAT IS AVAILABLE ONLINE AT WWW.SANTANDERSECURITIESLITIGATION.COM OR WHICH CAN BE MAILED TO YOU UPON REQUEST TO THE CLAIMS ADMINISTRATOR AND THE REQUIRED SUPPORTING DOCUMENTATION AS SET FORTH THEREIN POSTMARKED NO LATER THAN FEBRUARY 7, 2019.**

| **WHAT ARE LEAD PLAINTIFFS' REASONS FOR THE SETTLEMENT?** |
|---|

24.   Lead Plaintiffs and Co-Lead Counsel believe that the claims asserted against Defendants have merit.  They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against the Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages.   Specifically, Lead Plaintiffs and Co-Lead Counsel recognized that Defendants had numerous avenues of attack that could preclude a recovery for the Settlement Class, including, among other things, that Defendants had not acted with the requisite state of mind, as evidenced by the fact that certain of Santander's accounting errors actually resulted in the *understatements* of quarterly and annual income, and the accounting errors had only a modest impact on overall earnings once corrected. Even if the hurdles to establishing liability were overcome, the amount of damages that could be attributed to the allegedly false and misleading statements would be hotly contested because certain corrective disclosures, such as the resignation of Defendant Thomas Dundon, Santander's Chief Executive Officer and Chairman, allegedly did not relate to the restatement of Santander's financial results. Plaintiffs would have to prevail at several stages – motion for class certification, motions for summary judgment, trial, and if they prevailed on those, on the appeals that were likely to follow. Thus, there were very significant risks attendant to the continued prosecution of the Action.

25.   In light of these risks, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Lead Plaintiffs and Co-Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class.  Lead Plaintiffs and Co-Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $9,500,000 in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller, or no recovery after summary judgment, trial and appeals, possibly years in the future.

26.   Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.  Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

| **WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?** |
|---|

27.   If there were no Settlement and Lead Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

8

## HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED
## BY THE ACTION AND THE SETTLEMENT?

28.   As a Settlement Class Member, you are represented by Lead Plaintiffs and Co-Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense. You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section below entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?"

29.   If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section below entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?"

30.   If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Co-Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section below entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?"

31.   If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiffs and each of the other Settlement Class Members, on behalf of themselves, and their respective present and former parent entities, subsidiaries, divisions, related entities, and affiliates, partners, limited partners, general partners, the present and former members, owners, investors, principals, employees, officers, directors, executive directors, managing directors, advisors of any kind, attorneys, partners, agents, servants, subrogees, indemnitors, and insurers, of each of them, and the heirs, executors, estates, administrators, personal or legal representatives, trusts, family members, predecessors, successors and assigns of each of them, and anyone claiming through or on behalf of any of them, in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiffs' Claim (as defined in ¶ 32 below) against the Defendants and the other Defendants' Releasees (as defined in ¶ 33 below), and shall forever be barred and enjoined from prosecuting commencing, instituting, intervening in or participating in, or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal, administrative forum, or other forum of any kind or character (whether brought directly, in a representative capacity, derivatively, or in any other capacity), any or all of the Released Plaintiffs' Claims against any of the Defendants' Releasees.

32.   "Released Plaintiffs' Claims" means any and all complaints, claims, third-party claims, cross-claims, counterclaims, demands, liabilities, obligations, promises, agreements, controversies, actions, causes of action, suits, rights, damages, costs, losses, debts, charges and expenses (including Unknown Claims and attorneys' fees, expert fees, and disbursements of counsel and other professionals) of any and every nature whatsoever, whether in law or in equity, whether arising under federal, state, local, or foreign statutory or common law or any other law, rule, or regulation (whether

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

9

foreign or domestic), whether currently known or unknown, suspected or unsuspected, foreseen or unforeseen, ripened or unripened, accrued or unaccrued, or matured or not matured, whether arising in equity or under the law of contract, tort, malpractice, statutory breach, or any other legal right or duty, whether direct, derivative, individual, representative, or in any other capacity, and to the fullest extent that the law permits their release in the Action, that Lead Plaintiffs, or any other member of the Settlement Class: (i) asserted in the Complaint or any other pleadings filed in the Action; or (ii) could have asserted in any forum that (a) arise out of, relate to, are connected with, or are in any way based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Complaint or any other pleadings filed by any party in the Action (including but not limited to all claims that arise out of, relate to, are connected with, or are in any way based upon any disclosures, public filings, or other statements by Santander or its officers, directors, employees, or agents during the Settlement Class Period); and (b) that relate to the purchase, acquisition or sale of Santander common stock during the Settlement Class Period. For the avoidance of doubt, to the extent that Settlement Class Members purchased, sold or held shares of Santander common stock between and including February 3, 2015 and March 15, 2016 (regardless of whether those shares were held after March 15, 2016 or not), those claims are released. Released Plaintiffs' Claims do not include: (i) any claims relating to the enforcement of the Settlement; (ii) any claims asserted prior to the date of the Stipulation in the shareholder derivative action filed in the Delaware Court of Chancery, entitled *Jackie888, Inc. v. Kulas, et al.*, Case No. 12775-VCG; (iii) any claims asserted prior to the date of the Stipulation in the shareholder derivative action filed in the Delaware Court of Chancery, entitled *Feldman v. Kulas et al.*, Case No. 11614-VCG; and (iv) any claims of any person or entity who or which submits a request for exclusion that is accepted by the Court.

33.   "Defendants' Releasees" means Defendants and their current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, attorneys, insurers, co-insurers, reinsurers, controlling shareholders, accountants, auditors, advisors, personal or legal representatives, divisions, joint ventures, spouses, heirs, and any person, firm, trust, corporation, partnership, limited liability company, officer, director, or other individual or entity in which Defendants or their past or present predecessors, successors, parents, affiliates and subsidiaries have or had a controlling interest or which has or had a controlling interest in Santander or its past or present predecessors, successors, parents, affiliates and subsidiaries, in their capacities as such.

34.   "Unknown Claims" means any Released Plaintiffs' Claims which any Lead Plaintiff or any other Settlement Class Member does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant or any other Defendants' Releasee does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiffs and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

A general release does not extend to claims which the creditor does not know or

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

10

suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Lead Plaintiffs and Defendants acknowledge, and each of the other Settlement Class Members and each of the other Defendants' Releasees shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

35.     The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, on behalf of themselves, and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such, will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendants' Claim (as defined in ¶ 36 below) against Lead Plaintiffs and the other Plaintiffs' Releasees (as defined in ¶ 37 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiffs' Releasees.

36.     "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against the Defendants.  Released Defendants' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

37.     "Plaintiffs' Releasees" means Lead Plaintiffs, all other plaintiffs in the Action, and any other Settlement Class Member, and their respective current and former officers, directors, agents, parents, affiliates, subsidiaries, successors, predecessors, assigns, assignees, employees, and attorneys, in their capacities as such.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

38.     To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation **postmarked no later than February 7, 2019**.  A Claim Form is available on the website maintained by the Claims Administrator for the Settlement, www.SantanderSecuritiesLitigation.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-833-288-5303.  Please retain all records of your ownership of and transactions in Santander common stock, as they may be needed to document your Claim.  If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

39.     At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

40.     Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid nine million five hundred thousand dollars ($9,500,000) in cash.  The Settlement Amount will be deposited into an escrow account.  The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."  If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

11

and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

41.     The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

42.     Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final.  Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

43.     Approval of the Settlement is independent from approval of a plan of allocation.  Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

44.     Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form **postmarked on or before February 7, 2019** shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given.  This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 32 above) against the Defendants' Releasees (as defined in ¶ 33 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendants' Releasees whether or not such Settlement Class Member submits a Claim Form.

45.     Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Santander common stock held through the ERISA Plan in any Claim Form that they may submit in this Action.  They should include ONLY those shares that they purchased or acquired outside of the ERISA Plan.  Claims based on any ERISA Plan's purchases or acquisitions of shares of Santander common stock  during the Settlement Class Period may be made by the plan's trustees.  To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

46.     The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

47.     Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

48.     Only Settlement Class Members, *i.e.*, persons and entities who purchased Santander common stock during the Settlement Class Period and were damaged as a result of such purchases will be eligible to share in the distribution of the Net Settlement Fund.  Persons and entities that

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

12

are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.  The only securities that are included in the Settlement are Santander common stock.

## PROPOSED PLAN OF ALLOCATION

49.    The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who suffered economic losses as a proximate result of the alleged wrongdoing.  The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial.  Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

50.    The Plan of Allocation generally measures the amount of loss that a Settlement Class Member can claim for purposes of making *pro rata* allocations of the cash in the Net Settlement Fund to Authorized Claimants. The Plan of Allocation is not a formal damage analysis. Recognized Loss Amounts are based primarily on the price declines observed over the period which Lead Plaintiffs allege corrective information was entering the market place.  In this case, Lead Plaintiffs allege that Defendants made materially false statements and omitted material facts between February 3, 2015 and March 15, 2016, inclusive, which had the effect of artificially inflating the prices of Santander common stock.

51.    In order to have recoverable damages, disclosure of the alleged misrepresentations must be the cause of the decline in the price of Santander common stock.  Lead Plaintiffs alleged that two partial corrective disclosures removed the artificial inflation from the price of Santander common stock: (1) after the market close on July 2, 2015, when Defendants announced the resignation of Defendant Dundon from his positions as Chief Executive Officer ("CEO") and Chairman of the Board of Santander, causing the price of Santander common stock to decline on the next trading day, July 6, 2015; and (2) after the market close on March 15, 2016, when Defendants announced that Santander's financial statements filed with the U.S. Securities and Exchange Commission ("SEC") for prior periods were materially false, causing the price of Santander's common stock to decline by the close of the market on the next trading day, March 16, 2016.

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

52.    Based on the formula set forth below, a "Recognized Loss Amount" shall be calculated for each purchase of Santander common stock during the Settlement Class Period that is listed in the Claim Form and for which adequate documentation is provided.  In the calculations below, if a Recognized Loss Amount calculates to a negative number, that Recognized Loss Amount shall be zero.

For shares of common stock purchased or otherwise acquired between February 3, 2015 and March 15, 2016:

A.    For shares sold between February 3, 2015 and March 15, 2016, the Recognized Loss shall be that number of shares multiplied by the lesser of:

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

13

    (1)       the applicable purchase date artificial inflation per share figure less the applicable sales date artificial inflation per share figure, as found in Table A; or

    (2)       the difference between the purchase price per share and the sales price per share.

B.      For shares sold between March 16, 2016 and June 13, 2016, the Recognized Loss shall be the lesser of:

    (1)       the applicable purchase date artificial inflation per share figure, as found in Table A; or

    (2)       the difference between the purchase price per share and the sales price per share; or

    (3)       the difference between the purchase price per share and the average closing price between March 16, 2016 and the date of sale, as found in Table B.[3]

C.      For shares held at the end of trading on June 13, 2016, the Recognized Loss shall be that number of shares multiplied by the lesser of:

    (1)       the applicable purchase date artificial inflation per share figure, as found in Table A; or

    (2)       the difference between the purchase price per share and $11.46.[4]

| Table A | |
| --- | --- |
| Purchase or Sale Date Range | Artificial Inflation Per Share |
| 02/03/2015 - 07/02/2015 | $  2.76 |
| 07/06/2015 – 03/15/2016 | $  0.70 |

---

[3] Pursuant to Section 21(D)(e)(2) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, if the plaintiff sells or repurchases the subject security prior to the expiration of the 90-day period described in paragraph (1) the plaintiff's damages shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the security and the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which the plaintiff sells or repurchases the security."

[4] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." The mean (average) closing price of Santander Consumer USA Holdings Inc. common stock during the 90-day period beginning on March 16, 2016 and ending on June 13, 2016 was $11.46 per share.

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

14

| Table B | | | |
|---|---|---|---|
| Date of Sale | Average Closing Price Between 03/16/2016 and Date of Sale | Date of Sale | Average Closing Price Between 03/16/2016 and Date of Sale |
| 3/16/2016 | $9.00 | 4/29/2016 | $10.65 |
| 3/17/2016 | $9.09 | 5/2/2016 | $10.73 |
| 3/18/2016 | $9.19 | 5/3/2016 | $10.79 |
| 3/21/2016 | $9.25 | 5/4/2016 | $10.85 |
| 3/22/2016 | $9.29 | 5/5/2016 | $10.89 |
| 3/23/2016 | $9.25 | 5/6/2016 | $10.94 |
| 3/24/2016 | $9.23 | 5/9/2016 | $10.98 |
| 3/28/2016 | $9.19 | 5/10/2016 | $11.02 |
| 3/29/2016 | $9.15 | 5/11/2016 | $11.05 |
| 3/30/2016 | $9.13 | 5/12/2016 | $11.08 |
| 3/31/2016 | $9.25 | 5/13/2016 | $11.09 |
| 4/1/2016 | $9.38 | 5/16/2016 | $11.11 |
| 4/4/2016 | $9.50 | 5/17/2016 | $11.13 |
| 4/5/2016 | $9.57 | 5/18/2016 | $11.15 |
| 4/6/2016 | $9.63 | 5/19/2016 | $11.17 |
| 4/7/2016 | $9.67 | 5/20/2016 | $11.18 |
| 4/8/2016 | $9.71 | 5/23/2016 | $11.20 |
| 4/11/2016 | $9.76 | 5/24/2016 | $11.22 |
| 4/12/2016 | $9.80 | 5/25/2016 | $11.25 |
| 4/13/2016 | $9.87 | 5/26/2016 | $11.28 |
| 4/14/2016 | $9.94 | 5/27/2016 | $11.30 |
| 4/15/2016 | $10.00 | 5/31/2016 | $11.33 |
| 4/18/2016 | $10.05 | 6/1/2016 | $11.36 |
| 4/19/2016 | $10.09 | 6/2/2016 | $11.38 |
| 4/20/2016 | $10.16 | 6/3/2016 | $11.40 |
| 4/21/2016 | $10.22 | 6/6/2016 | $11.42 |
| 4/22/2016 | $10.27 | 6/7/2016 | $11.44 |
| 4/25/2016 | $10.33 | 6/8/2016 | $11.46 |
| 4/26/2016 | $10.39 | 6/9/2016 | $11.46 |
| 4/27/2016 | $10.47 | 6/10/2016 | $11.46 |
| 4/28/2016 | $10.57 | 6/13/2016 | $11.46 |

## ADDITIONAL PROVISIONS

53.  The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount (defined in paragraph 56 below) is $10.00 or greater.

54.  If a Settlement Class Member has more than one purchase/acquisition or sale of shares of Santander common stock, all purchases/acquisitions and sales shall be matched on a First In, First Out ("FIFO") basis.  Settlement Class Period sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases in chronological order,

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

15

beginning with the earliest purchase made during the Settlement Class Period.

55.   A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her or its Recognized Loss Amounts for all shares of Santander common stock.

56.   The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund. If any Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized Claimant.

57.   Purchases or acquisitions and sales of shares of Santander common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of shares of Santander common stock during the Settlement Class Period shall not be deemed a purchase, acquisition or sale of Santander common stock for the calculation of an Authorized Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase/acquisition of shares of Santander common stock unless (i) the donor or decedent purchased or otherwise acquired such shares of Santander common stock during the Settlement Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such shares of Santander common stock; and (iii) it is specifically so provided in the instrument of gift or assignment.

58.   The date of covering a "short sale" is deemed to be the date of purchase or acquisition of the share(s) of Santander common stock. The date of a "short sale" is deemed to be the date of sale of the share(s) of Santander common stock. Under the Plan of Allocation, however, the Recognized Loss Amount on "short sales" is zero. In the event that a Claimant has an opening short position in any shares of Santander common stock, the earliest Settlement Class Period purchases or acquisitions of that stock shall be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

59.   Option contracts are not securities eligible to participate in the Settlement. With respect to shares of Santander common stock purchased or sold through the exercise of an option, the purchase/sale date of the share(s) of Santander common stock is the exercise date of the option and the purchase/sale price of the share(s) of Santander common stock is the exercise price of the option.

60.   To the extent a Claimant had a market gain with respect to his, her, or its overall transactions in Santander common stock during the Settlement Class Period, the value of the Claimant's Recognized Claim shall be zero. Such Claimants shall in any event be bound by the Settlement. To the extent that a Claimant suffered an overall market loss with respect to his, her, or its overall transactions in Santander common stock during the Settlement Class Period, but that market loss was less than the total Recognized Claim calculated above, then the Claimant's Recognized Claim shall be limited to the amount of the actual market loss.

61.   For purposes of determining whether a Claimant had a market gain with respect to his, her, or its overall transactions in Santander common stock during the Settlement Class Period or suffered a market loss, the Claims Administrator shall determine the difference between (i) the

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

16

Total Purchase Amount[5] and (ii) the sum of the Total Sales Proceeds[6] and Total Holding Value.[7] This difference shall be deemed a Claimant's market gain or loss with respect to his, her, or its overall transactions in Santander common stock during the Settlement Class Period.

62.    After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the fund nine (9) months after the initial distribution, if Co-Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Co-Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Co-Lead Counsel and approved by the Court.

63.    Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Authorized Claimants. No person shall have any claim against Lead Plaintiffs, Plaintiffs' Counsel, Lead Plaintiffs' damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Co-Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Lead Plaintiffs, Defendants and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator, the payment or withholding of taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

---

[5] The "Total Purchase Amount" is the total amount the Claimant paid (excluding commissions and other charges) for all shares of Santander common stock purchased or acquired during the Settlement Class Period.

[6] The Claims Administrator shall match any sales of Santander common stock during the Settlement Class Period, first against the Claimant's opening position in Santander common stock (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received (excluding commissions and other charges) for the remaining sales of Santander common stock sold during the Settlement Class Period shall be the "Total Sales Proceeds".

[7] The Claims Administrator shall ascribe a holding value to each share of Santander common stock purchased or acquired during the Settlement Class Period and still held as of the close of trading on June 13, 2016. The total calculated holding values for all shares of Santander common stock shall be the Claimant's "Total Holding Value."

---

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

17

64.    The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Lead Plaintiffs after consultation with their damages expert.  The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class.  Any Orders regarding any modification of the Plan of Allocation will be posted on the settlement website, www.SantanderSecuritiesLitigation.com.

## WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?

65.    Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses.  Before final approval of the Settlement, Co-Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount not to exceed $33^{1}/_{3}\%$ of the Settlement Fund.  At the same time, Co-Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $140,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiffs directly related to their representation of the Settlement Class.  The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses.  Such sums as may be approved by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.

## WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?

66.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *Parmelee v. Santander Consumer USA Holdings Inc., et al.*, EXCLUSIONS, c/o JND Legal Administration, P.O. Box 91347, Seattle, WA 98111.  The exclusion request must be *received* **no later than December 19, 2018**.  You will not be able to exclude yourself from the Settlement Class after that date.  Each Request for Exclusion must (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Parmelee v. Santander Consumer USA Holdings Inc., et al.*, Case No. 3:16-cv-00783-K"; (c) identify and state the number of shares of Santander common stock that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between February 3, 2015 and March 15, 2016, inclusive), as well as the dates and prices of each such purchase/acquisition and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative.  A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

67.    If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

68.    If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

18

69.    Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiffs and Defendants.

**WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?  DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

70.    **Settlement Class Members do not need to attend the Settlement Hearing.  The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing.  You can participate in the Settlement without attending the Settlement Hearing**.

71.    The Settlement Hearing will be held on **January 9, 2019 at 1:30 p.m.**, before the Honorable Ed Kinkeade at the United States District Court for the Northern District of Texas, Earle Cabell Federal Building, Courtroom 1627, 1100 Commerce Street, Dallas, TX 75242.  The Court reserves the right to approve the Settlement, the Plan of Allocation, Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

72.    Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.  Objections must be in writing.  You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Northern District of Texas at the address set forth below **on or before December 19, 2018**.  You must also serve the papers on Co-Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* **on or before December 19, 2018**.

| Clerk's Office | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court Northern District of Texas Clerk of the Court Earle Cabell Federal Building 1100 Commerce Street Dallas, TX 75242 | Glancy Prongay & Murray LLP Jason L. Krajcer, Esq. 1925 Century Park East Suite 2100 Los Angeles, CA 90067 *– and –* The Rosen Law Firm, P.A. Jacob Goldberg, Esq. 101 Greenwood Avenue Suite 440 Jenkintown, PA 19046 | Haynes and Boone, LLP R. Thaddeus Behrens, Esq. 2323 Victory Avenue Suite 700 Dallas, Texas 75219 *– and –* Wachtell, Lipton, Rosen & Katz Stephen R. DiPrima, Esq. 51 West 52nd Street New York, NY 10019 |

73.    Any objection (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

19

legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the number of shares of Santander common stock that the objecting Settlement Class Member purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between February 3, 2015 and March 15, 2016, inclusive), as well as the dates and prices of each such purchase/acquisition and sale. You may not object to the Settlement, the Plan of Allocation or Co-Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

74.    You may file a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

75.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Co-Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is *received* **on or before December 19, 2018**. Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the Court.

76.    You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Co-Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 72 above so that the notice is *received* **on or before December 19, 2018**.

77.    The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class. If you intend to attend the Settlement Hearing, you should confirm the date and time with Co-Lead Counsel.

78.    **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Co-Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

79.    If you purchased or otherwise acquired shares of Santander common stock between February 3, 2015 and March 15, 2016, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either (a) within seven (7) calendar days of receipt of the Postcard Notice, request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; or (b) within seven (7) calendar days of receipt of the Postcard

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

20

Notice, provide a list of the names and addresses of all such beneficial owners to *Parmelee v. Santander Consumer USA Holdings Inc., et al.*, c/o JND Legal Administration, P.O. Box 91347, Seattle, WA 98111.  If you choose the second option, the Claims Administrator will send a copy of the Postcard Notice to the beneficial owners.  Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.  Copies of this Notice and the Claim Form may be obtained from the website maintained by the Claims Administrator, www.SantanderSecuritiesLitigation.com, or by calling the Claims Administrator toll-free at 1-833-288-5303.

| **CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?** |
| --- |

80.    This Notice contains only a summary of the terms of the proposed Settlement.  For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the Northern District of Texas, Earle Cabell Federal Building, 1100 Commerce Street, Dallas, TX 75242.  Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.SantanderSecuritiesLitigation.com.

All inquiries concerning this Notice and the Claim Form should be directed to:

| | |
| --- | --- |
| *Parmelee v. Santander Consumer USA Holdings Inc., et al.*<br>c/o JND Legal Administration<br>P.O. Box 91347<br>Seattle, WA 98111<br>(833) 288-5303<br>www.SantanderSecuritiesLitigation.com | GLANCY PRONGAY & MURRAY LLP<br>Jason L. Krajcer, Esq.<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067<br>(888) 773-9224<br>settlements@glancylaw.com |

*and/or*

THE ROSEN LAW FIRM, P.A.
Jacob Goldberg, Esq.
101 Greenwood Avenue, Suite 440
Jenkintown, Pennsylvania 19046
(215) 600-2817
jgoldberg@rosenlegal.com

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: September 11, 2018

By Order of the Court
United States District Court
Northern District of Texas

---

Questions? Visit www.SantanderSecuritiesLitigation.com or call toll-free at 1-833-288-5303.

21

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| CYNTHIA A. PARMELEE, Individually and on Behalf of All Others Similarly Situated, | C.A. No. 3:16-cv-00783-K |
| *Plaintiff*, | |
| v. | Honorable Ed Kinkeade |
| SANTANDER CONSUMER USA HOLDINGS INC., THOMAS G. DUNDON, JASON KULAS, and JENNIFER DAVIS, | |
| *Defendants*. | |

**SUMMARY NOTICE OF (I) CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities who or which, during the period between February 3, 2015 and March 15, 2016, inclusive, purchased or otherwise acquired the common stock of Santander Consumer USA Holdings Inc. and were damaged thereby (the "Settlement Class"):**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Northern District of Texas, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of (I) Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $9,500,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on **January 9, 2019, at 1:30 p.m.**, before the Honorable Ed Kinkeade at the United States District Court for the Northern District of Texas, Earle Cabell Federal Building, Courtroom 1627, 1100 Commerce Street, Dallas, TX 75242, to determine whether: (i) the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated July 16, 2018 (and in the Notice) should be granted; (iii) the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) Co-Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. The Notice and Claim Form can be downloaded from the website maintained by the Claims Administrator, www.SantanderSecuritiesLitigation.com.   You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *Parmelee v. Santander Consumer USA Holdings Inc., et al.*, c/o JND Legal Administration, P.O. Box 91347, Seattle, WA, 98111, 1-833-288-5303.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form ***postmarked* no later than February 7, 2019**.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is ***received* no later than December 19, 2018**, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Co-Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Co-Lead Counsel and Defendants' Counsel such that they are ***received* no later than December 19, 2018**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Santander, or its counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Co-Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*Parmelee v. Santander Consumer USA Holdings Inc., et al.*
c/o JND Legal Administration
P.O. Box 91347
Seattle, WA 98111
833-288-5303
www.SantanderSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Co-Lead Counsel:

| | | |
|---|---|---|
| GLANCY PRONGAY & MURRAY LLP | | THE ROSEN LAW FIRM, P.A. |
| Jason L. Krajcer, Esq. | | Jacob Goldberg, Esq. |
| 1925 Century Park East, Suite 2100 | *and/or* | 101 Greenwood Avenue, Suite 440 |
| Los Angeles, California 90067 | | Jenkintown, Pennsylvania 19046 |
| (888) 773-9224 | | (215) 600-2817 |
| settlements@glancylaw.com | | jgoldberg@rosenlegal.com |

By Order of the Court

# EXHIBIT D



**Parting The Data Curtain**
Facebook is down 29%, Google parent Alphabet has slipped 15% and Twitter has tumbled 38% from highs posted in June and July — largely on rising concerns over data privacy. Some analysts say these and other social media stocks have yet to feel more impact, as data privacy issues become more clear.

# INDUSTRY SNAPSHOT

**INTERNET CONTENT**

# Social Media Prepares For New Rules

## Will Facebook and others value users over advertisers in order to protect consumer data?

**BY PATRICK SEITZ**
INVESTOR'S BUSINESS DAILY

Social media sites **Facebook**[FB] and **Twitter**[TWTR], along with **Alphabet's**[GOOGL] Google, have built lucrative advertising businesses based on access to personal information about their users. But calls for greater consumer data privacy are threatening to rein in their operations.

That has tech investors paying close attention, as Facebook stock and the others have fallen in recent months. Through Thursday, Facebook had tumbled 29% from its all-time high reached in late July. Twitter had crumbled 38% from its one-year high reached in June. And Alphabet was down 14% from its July record high.

Rising scrutiny of how these operations police content on their platforms, and protect data of consumers using those services, has factored into the stocks' recent pullbacks. The U.S. has, in general, lagged European regulators in enacting rules to protect consumers from misuse of their data. Now the U.S. is gearing up to fashion its own internet data privacy regulations.

The U.S. government to date has taken a light touch in dealing with internet companies. But with growing concerns about privacy breaches and the spread of online fake news, propaganda and hate speech, Washington appears ready to take steps to more firmly regulate social media platforms.

The sense is that the pendulum is swinging from laissez-faire to



Google Chief Privacy Officer Keith Enright speaks during the Senate Finance Committee hearing in September. So far, Europe's GDPR rules, enacted in May, stand as the default standard for protecting consumer data.

adult supervision when it comes to dealing with social media and other internet firms, says Scott Cleland, president of the internet competition and policy consulting firm Precursor.

"It is a matter of when, not if, Congress will pass national privacy and data protection law for the 21st century," Cleland said in a recent blog

The White House, Congress and the Federal Trade Commission all have vowed to set stronger privacy requirements for consumers online. Washington is being pressed to take action not only in response to moves by the European Union, but also states like California, which are taking matters into their own hands.

"What's happening right now is a

soup-to-nuts realization of how out of control things have gotten with the internet platforms," Cleland told Investor's Business Daily. "They have enormous power and no responsibility."

On Oct. 8, Google announced plans to shut down its little-used social network Google Plus after the Wall Street Journal revealed an embarrassing data breach. Google had exposed the private data of possibly half a million users of its social network. It didn't disclose the issue earlier partly because of fears that doing so would draw regulatory scrutiny, the Journal said. That privacy breach has drawn inquiries from regulators in the U.S. and Europe.

Over the past year, top executives from Facebook, Google and Twitter have testified on Capitol Hill on issues ranging from privacy violations to Russian interference in the 2016 presidential election.

### A Chorus Of Big Tech Voices

On Sept. 26, executives from **Amazon.com**[AMZN], **Apple**[AAPL], **AT&T**[T], **Charter Communications**[CHTR], Google and Twitter testified at a Senate hearing about consumer data privacy. Topics included whether privacy policies should be legally mandated as an opt-in or opt-out and how much control consumers should have related to data collection.

The executives told lawmakers that they support federal data privacy legislation — so long as it isn't as strict as the European Union's General Data Protection Regulation (GDPR) or the California Consumer Privacy Act, Adweek reported.

The GDPR was implemented in May. California passed its consumer privacy act in June.

The Electronic Frontier Foundation criticized the hearing because it featured "a chorus of big tech industry voices, with no one representing smaller companies or consumers themselves."

Earlier this year, Facebook spurred the ire of regulators with the Cambridge Analytica data-sharing scandal, which became public in March. Cambridge, a British consulting firm, acquired the private Facebook data of about 87 million users which it then used to build voter profiles.

Eleni Kyriakides, international counsel for the Electronic Privacy Information Center (EPIC), said she is optimistic about the prospect for privacy reform in the U.S., given the current political environment.

"EPIC hopes to see comprehensive data protection legislation to strengthen privacy protections for Americans, and the creation of an independent agency to address those rights," she told IBD via email. "Protecting consumer privacy is also paramount to promoting competition and innovation. The U.S. should lead on this important issue."

Facebook, Google, Twitter and e-commerce leader Amazon.com will face a reckoning as consumers wake up to the scope of their influ-

ence, Cleland said. The issues haven't fully affected those company's stocks yet, but they're likely to hit them at some point, he said.

"Government regulations and consumer pushback related to management of consumer data and respect for privacy" remain concerns for Google and Facebook, Pivotal Research Group analyst Brian Weiser said in a Sept. 10 report.

The trade-off for consumers is this: They get free services from internet companies. The companies then share consumers' personal data with advertisers who craft targeted ads. But some privacy advocates believe those companies have gone too far. Critics of advertising-supported internet business es contend that, to the service providers, "you are the product."

### Europe Sets The Standard

U.S. internet companies worry that government regulations could become a costly headache that limits the effectiveness of their advertising businesses.

On May 25, the European Union began enforcing GDPR. The regulation aims to give individuals control over their personal data online.

GDPR requires companies operating in Europe to get consent from consumers for specific data collection activities and to make it easy for consumers to withdraw consent. Internet companies also are required to notify authorities about a data breach within 72 hours of first becoming aware of it. Then they must promptly notify consumers.

European consumers also are able to find out what personal data companies are storing and for what purpose it is being used. In addition, it adds the "right to be forgotten." That means you can ask whoever controls your data to erase it.

"The longer the U.S. doesn't do anything, the more the European model becomes the default for the world," Cleland said.

Europe's GDPR is already having an impact on how websites are run.

For instance, the number of tracking cookies on EU news websites fell by 22% after GDPR came into effect, according to a report by the Reuters Institute at the University of Oxford. It looked at cookie usage across EU news sites in two phases, in April 2018 and July 2018, before and after the official introduction of GDPR.

An analysis by WhoTracks.me found that the average number of trackers per page dropped by almost 4% for EU web users from April to July. During the same period, the average number of trackers per page in the U.S. rose by more than 8%, the service said. WhoTracks.me looked at the top 2,000 internet domains overall, not just news sites.

European regulators are likely to hand out their first round of sanctions to internet companies for violating GDPR provisions by the end of the year, Reuters reported Oct. 9. Those sanctions could include fines and even temporary bans, it said.

### Impact Has Yet To Be Felt

A security breach at Facebook that affected about 3 million European users could be the first big test for GDPR, CNBC reported on Tuesday. Personal information was stolen in the September hack, which likely affected 30 million users worldwide. Facebook faces a possible EU fine of as much as $1.63 billion.

Consumer electronics giant Apple has been a vocal advocate for protecting consumer data privacy. It has pushed end-to-end encryption for communications and iPhone security, drawing criticism from law enforcement agencies that want backdoor access to any person's phone or online data.

Apple has even proactively adopted some GDPR provisions globally. On Aug. 31, it informed App Store software developers that all new apps and updates must include a link to their developer's privacy policy in the app metadata. The new rule took effect on Oct. 3.

Apple says the privacy policies must identify what data the app collects
SEE NEW RULES ON A13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CYNTHIA A. PARMELEE, Individually and on Behalf of All Others
Similarly Situated,

    Plaintiff,

v.                                                                    C.A. No. 3:16-cv-00783-K

SANTANDER CONSUMER USA HOLDINGS INC., THOMAS G.        Honorable Ed Kinkeade
DUNDON, JASON KULAS, and JENNIFER DAVIS,

    Defendants.

SUMMARY NOTICE OF (I) CLASS ACTION AND PROPOSED SETTLEMENT;
(II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

TO:   All persons and entities who or which, during the period between February 3, 2015 and March 15, 2016, inclusive,
purchased or otherwise acquired the common stock of Santander Consumer USA Holdings Inc. and were damaged
thereby (the "Settlement Class").

PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT
PENDING IN THIS COURT.

    YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United
States District Court for the Northern District of Texas, that the above-captioned litigation (the "Action") has been certified as a class
action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition
as set forth in the full Notice of (I) Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award
of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

    YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $9,500,000
in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

    A hearing will be held on January 9, 2019, at 1:30 p.m., before the Honorable Ed Kinkeade at the United States District
Court for the Northern District of Texas, Earle Cabell Federal Building, Courtroom 1627, 1100 Commerce Street, Dallas, TX 75242, to
determine whether: (i) the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) the Action should be dismissed
with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated July
16, 2018 (and in the Notice) should be granted; (iii) the proposed Plan of Allocation should be approved as fair and reasonable; and (iv)
Co-Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

    If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and
you may be entitled to share in the Settlement Fund.   The Notice and Claim Form can be downloaded from the website maintained
by the Claims Administrator, www.SantanderSecuritiesLitigation.com.   You may also obtain copies of the Notice and Claim Form by
contacting the Claims Administrator at Parmelee v. Santander Consumer USA Holdings Inc., et al., c/o JND Legal Administration, P.O.
Box 91347, Seattle, WA, 98111, 1-833-288-5303.

    If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you
must submit a Claim Form postmarked no later than December 7, 2018.   If you are a Settlement Class Member and do not submit a
proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be
bound by any judgments or orders entered by the Court in the Action.

    If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request
for exclusion such that it is received no later than December 19, 2018, in accordance with the instructions set forth in the Notice.   If you
properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action
and you will not be eligible to share in the proceeds of the Settlement.

    Any objections to the proposed Settlement, the proposed Plan of Allocation, or Co-Lead Counsel's motion for attorneys' fees
and reimbursement of expenses, must be filed with the Court and delivered to Co-Lead Counsel and Defendants' Counsel such that they
are received no later than December 19, 2018, in accordance with the instructions set forth in the Notice.

Please do not contact the Court, the Clerk's office, Santander, or its counsel regarding this notice.   All questions about this
notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Co-Lead Counsel or the
Claims Administrator.

Requests for the Notice and Claim Form should be made to:

Parmelee v. Santander Consumer USA Holdings Inc., et al.
c/o JND Legal Administration
P.O. Box 91347
Seattle, WA 98111
833-288-5303
www.SantanderSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Co-Lead Counsel:

GLANCY PRONGAY & MURRAY LLP                                          THE ROSEN LAW FIRM, P.A.
Jason L. Krajcer, Esq.                                               Jacob Goldberg, Esq.
1925 Century Park East, Suite 2100                    and/or          101 Greenwood Avenue, Suite 440
Los Angeles, California 90067                                        Jenkintown, Pennsylvania 19046
(888) 773-9224                                                       (215) 600-2817
settlements@glancylaw.com                                           jgoldberg@rosenlegal.com

By Order of the Court

# Notice of proposed settlement of Class action INVOLVING INDIVIDUALS WHO MAY HAVE PURCHASED OR ACQUIRED COMMON STOCK OF SANTANDER CONSUMER USA HOLDINGS INC.

NEWS PROVIDED BY

**Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A. →**
09:00 ET

SEATTLE, Oct. 24, 2018 /PRNewswire/ -- This is a notification of a proposed settlement, Fairness Hearing, and a motion for an award of attorneys' fees and reimbursement of litigation expenses in the class action entitled Parmelee v. Santander Consumer USA Holdings Inc., C.A. No. 3:16-cv-00783-K, in the United States District Court, Northern District of Texas, Dallas Division.

This affects all persons and entities who or which, during the period between February 3, 2015 and March 15, 2016, inclusive, purchased or otherwise acquired the common stock of Santander Consumer USA Holdings Inc. and were damaged thereby (the "Settlement Class"):

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States

District Court for the Northern District of Texas, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of (I) Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $9,500,000 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on **January 9, 2019, at 1:30 p.m.**, before the Honorable Ed Kinkeade at the United States District Court for the Northern District of Texas, Earle Cabell Federal Building, Courtroom 1627, 1100 Commerce Street, Dallas, TX 75242, to determine whether: (i) the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement dated July 16, 2018 (and in the Notice) should be granted; (iii) the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) Co-Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**.  The Notice and Claim Form can be downloaded from the website maintained by the Claims Administrator, www.SantanderSecuritiesLitigation.com.  You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *Parmelee v. Santander Consumer USA Holdings Inc., et al.*, c/o JND Legal Administration, P.O. Box 91347, Seattle, WA, 98111, 1-833-288-5303.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form *postmarked* **no later than February 7, 2019**.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you

will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* **no later than December 19, 2018**, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Co-Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Co-Lead Counsel and Defendants' Counsel such that they are *received* **no later than December 19, 2018**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Santander, or its counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Co-Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

*Parmelee v. Santander Consumer USA Holdings Inc., et al.*

c/o JND Legal Administration

P.O. Box 91347

Seattle, WA 98111

833-288-5303

www.SantanderSecuritiesLitigation.com

Inquiries, other than requests for the Notice and Claim Form, should be made to Co-Lead Counsel:

GLANCY PRONGAY & MURRAY LLP

Jason L. Krajcer, Esq.

1925 Century Park East, Suite 2100

Los Angeles, California 90067

(888) 773-9224

settlements@glancylaw.com

*and/or*

THE ROSEN LAW FIRM, P.A.

Jacob Goldberg, Esq.

101 Greenwood Avenue, Suite 440

Jenkintown, Pennsylvania 19046

(215) 600-2817

jgoldberg@rosenlegal.com

By Order of the Court

SOURCE Glancy Prongay & Murray LLP and The Rosen Law Firm, P.A.